**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1211

LENIR RICHARDSON,

Plaintiff - Appellant,

versus

FERDINANDE KANA; EQUITY HOUSING; GRIFFIN, Officer; T. MUCCI, Officer; JAMES H. DUNNING,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-05-59-1)

Submitted:  May 19, 2005                 Decided:  May 24, 2005

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lenir Richardson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lenir Richardson appeals a district court order summarily dismissing her complaint for failing to state a claim. We have reviewed the record and the district court order and affirm for the reasons stated by the district court. <u>See</u> <u>Richardson v. Kana</u>, No. CA-05-59-1 (E.D. Va. Feb. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>